UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALFREDO RIOS-GARCIA,

               Petitioner,

    v.

BRUCE SCOTT, et al.,

               Respondents.

Case No. 2:26-cv-02541-TLF

ORDER FOR JOINT STATUS REPORT

On July 30, 2026, respondents filed a "Notice of Immigration Court Developments." Dkt. 15. Therein, respondents report that an "Immigration Judge granted pre-conclusion voluntary departure and ordered Petitioner to depart the United States by August 24, 2026." Dkt. 15 at 1 (citing Dkt. 15-2).

Having reviewed this filing and the record for this matter, the Court **ORDERS:**

1) The parties shall file a Joint Status Report (JSR) **on or before August 3, 2026**, addressing the subjects (a), (b), and (c):

    a) The parties must confirm whether petitioner has been released, or has an order providing for such release; and if so, provide the date when

ORDER FOR JOINT STATUS REPORT - 1

petitioner was released, or will be released pursuant to the Immigration Judge's Order (Dkt. 15-2).

b) The parties have not filed a response or traverse/reply; the parties are directed to state whether they stipulate to an order to modify the briefing schedule – and if so, provide the Court with a stipulated proposed order. If either party individually seeks to modify this Court's briefing schedule for petitioner's habeas petition, separate statements and proposed orders may be submitted in the JSR. Dkt. 3, 6.

c) The petitioner is directed to state whether petitioner requests the Court to strike the motion for temporary restraining order (Dkt. 2) due to the change in the immigration proceedings as described by the respondents. Dkt. 15.

2) Regarding the Immigration Judge's Order (Dkt. 15-2), the parties shall file another Joint Status Report **on or before August 26, 2026**, reporting whether the petitioner did, or did not, voluntarily leave the United States.

Dated this 31st day of July, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER FOR JOINT STATUS REPORT - 2