UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALFREDO RIOS-GARCIA,

                Petitioner,

    v.

BRUCE SCOTT, et al.,

                Respondents.

Case No. 2:26-cv-02541-TLF

ORDER AMENDING BRIEFING SCHEDULE

On August 3, 2026, the parties filed a Joint Status Report. Dkt. 17. Among other matters, the parties presented a stipulated motion to amend the briefing schedule. Finding good cause, the Court GRANTS the motion and ORDERS:

1) Respondents shall file a return to the habeas petition on or before August 17, 2026. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" CM/ECF filing event.

2) Petitioner shall file any traverse on or before August 24, 2026.

ORDER AMENDING BRIEFING SCHEDULE - 1

Dated this 4th day of August, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING BRIEFING SCHEDULE - 2